ANNA BALINT (Formerly Known as ANNA NEFF), Appellant, v. THE SOVEREIGN CAMP OF THE WOODMEN OF THE WORLD, Respondent.— Order granting motion for a new trial on the ground of newly-discovered evidence unanimously affirmed, with costs. The affidavits contain proof which tends to show that plaintiff knew that decedent had a wife living at the time that she was living with the decedent. If that be proved upon the trial, plaintiff may not recover under the beneficiary certificate as a dependent. Present — Lazansky, P. J., Carswell, Davis, Adel and Close, JJ.

NICHOLAS BELFI, as Guardian ad Litem of WESLEY BELFI, an Infant, under the Age of Fourteen Years, Respondent, v. YONKERS NATIONAL BANK & TRUST Co., Appellant. NICHOLAS BELFI, Respondent, v. YONKERS NATIONAL BANK & TRUST Co., Appellant.— Separate appeals by the defendant in each of two actions tried together, one by an infant for damages for personal injuries and the other by his father for medical expenses and loss of the infant's services, (a) from judgments for the plaintiffs respectively, entered on jury verdicts in the City Court of Yonkers, and (b) from orders denying defendant's motions to set aside the verdict and for a new trial in each case. Judgment and order reversed on the law and facts in each case, and a new trial ordered, with costs to abide the event. The verdicts were against the overwhelming weight of the evidence. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

BERNARD BOPP and JULIUS BOGELMAN, Doing Business under the Firm Name of BELL MARKET, Respondents, v. ANNA POST WOODS and WALTER WOODS, Appellants.— Order of the County Court of Nassau county directing defendants to accept plaintiffs' bill of particulars affirmed, with ten dollars costs and disbursements; the bill of particulars to be served within five days from the entry of the order hereon. No opinion. Lazansky, P. J., Davis, Johnston, Adel and Close, JJ., concur.